**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE GUILLEN TORRES,<br><br>    Apellant,<br><br>   vs.<br><br>JANE DOE,<br><br>    Appellee.<br>_____/ | CASE NO. CV F 06-0493 LJO<br><br>**ORDER TO SHOW CAUSE WHY ACTION<br>SHOULD NOT BE DISMISSED** |

No meaningful activity has occurred in this action since April 2006. On the basis of good cause, this Court ORDERS the parties, no later than March 12, 2007, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for failure to prosecute this action.

IT IS SO ORDERED.

**Dated:    February 26, 2007**                     **/s/ Lawrence J. O'Neill**
66h44d                                                              UNITED STATES DISTRICT JUDGE

1