**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE GUILLEN TORRES,        Apellant,<br><br>             vs.<br>JANE DOE,<br>        Appellee.         / | CASE NO. CV F 06-0493 LJO<br><br>**ORDER TO DISMISS ACTION** |

No meaningful activity has occurred in this action since April 2006. No party has responded to this Court's February 27, 2007 order to show cause in writing why sanctions, including dismissal of this action, should not be imposed for failure to prosecute this action. As such, this Court DISMISSES this action and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 14, 2007**                  /s/ Lawrence J. O'Neill
66h44d                                                      UNITED STATES DISTRICT JUDGE

1